DNJ-CR-022 Order Regarding Use of Video Conferencing/Teleconferencing (Rev. 10/2021)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | MAG. NO. 22-17039(SAK) |
| DAVID COLLINS | * | |

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with the operative COVID-19 Standing Orders, this Court finds:

[✓]  That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

[✓]  Video Teleconferencing

[ ]  Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

  [ ]  The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

  [ ]  Other:

Date: Jul 7, 2022

_Sharon A. King_
Honorable Sharon A. King
United States Magistrate Judge